COMMONWEALTH of Pennsylvania,
Respondent

v.

Allen KELLY, Petitioner

No. 574 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.